4 A.3d 530

IN THE MATTER OF ALFRED V. GELLENE, AN ATTORNEY AT LAW (ATTORNEY NO. 003091979).

September 10, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–026, concluding that **ALFRED V. GELLENE** of **DENVILLE,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RFC* 1.1(a)(gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to communicate with client), *RPC* 3.4(c) (knowingly disobeying the rules of a tribunal), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And the Disciplinary Review Board having further concluded that respondent should be required to submit proof of his mental fitness to practice law, continue to be treated by a mental health professional, and submit periodic treatment reports; And good cause appearing;

It is ORDERED that **ALFRED V. GELLENE** is hereby reprimanded; and it is further

ORDERED that respondent shall submit to the Office of Attorney Ethics within sixty days proof of his fitness to practice law as attested to by a mental health professional approved by the Office of Attorney Ethic; and it is further

ORDERED that respondent shall continue his treatment by a mental health professional until discharged, and shall submit periodic reports regarding his condition to the Office of Attorney Ethics on a schedule to be determined by that Office until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.